## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LEURY MENDEZ-MATOS** | : | **DOCKET NO. 2:18-cv-1358** |
| **REG. # 23504-069** | | |
| | | |
| **VERSUS** | : | **JUDGE WALTER** |
| | | |
| **UNITED STATES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 26] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that all claims against the United States be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and that all remaining claims be **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to send notice of this dismissal to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 21 day of June, 2019.

DONALD E. WALTER
**UNITED STATES DISTRICT JUDGE**